# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II) | : : : : : : : : : : | MDL DOCKET NO. 2816<br>Civil Action No. 1:18-MD-2816<br><br>Hon. John E. Jones, III<br><br>THIS DOCUMENT RELATES TO:<br>**Matthew Adams v. LivaNova Holding USA, Inc., No. 1:18-cv-00245-JEJ** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff(s), Matt Adams, hereby voluntarily dismiss this action, without prejudice, as to all Defendants. All parties will bear their own costs. Upon confirmation that a final settlement payment has been made, Plaintiff(s) agree that this action will be dismissed with prejudice as to all Defendants.

Dated: August 1, 2019

| | |
|---|---|
| /s/ Steven P. Wandro | /s/ Jared B. Briant |
| Steven P. Wandro, Esquire (IA # AT0008177) | Jared B. Briant (CO # 35773) |
| Wandro & Associates | Faegre Baker Daniels LLP |
| 2501 Grand Avenue, Suite B | 1144 Fifteenth Street, Suite 3400 |
| Des Moines, Iowa 50312 | Denver, CO 80202-2569 |
| Telephone: 515-281-1475 | Telephone: 303-607-3500 |
| Facsimile: 515-281-1474 | Facsimile: 303-607-3600 |
| swandro@2501grand.com | jared.briant@faegrebd.com |

**Counsel for Plaintiff(s)**

>Linda S. Svitak (MN # 0178500)
>Delmar R. Ehrich (MN # 0148660)
>Faegre Baker Daniels LLP
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, MN 55402
>Telephone:   612-766-7000
>Facsimile:   612-766-1600
>linda.svitak@faegrebd.com
>delmar.ehrich@faegrebd.com
>
>**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on August 1, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

>*Margaret M. Zylstra*
>Margaret M. Zylstra

2